## TOLEDO, WABASH & WESTERN RAILWAY COMPANY

*v.*

## JESSE BEALS.

REMITTITUR—*waiver of error.* Where upon the return of a verdict the plaintiff enters a *remittitur* for such portion of the verdict as was the result of the admission of improper evidence, the error in admitting such evidence will be cured thereby.

APPEAL from the Circuit Court of Champaign county; the Hon. A. J. GALLAGHER, Judge, presiding.

·This was an action of trespass on the case brought by Beals against the railroad company, to recover damages for personal injuries, resulting to him as a passenger. The trial resulted in a verdict and judgment for the plaintiff. The cause was brought to this court on appeal. Various errors are assigned, prominent among which, was the admission of testimony to prove the amount of expenses incurred for services rendered the plaintiff for work and labor, which, but for the injuries received, the plaintiff himself could have performed. The money so paid out, was proved to be three hundred dollars, which was embraced in the verdict, but the plaintiff entered a *remittitur* for that sum.

---

\*See also, *James et al.* v .*Hambleton et al.* 42 Ill. 308; *Cronan* v. *Frizell, Admr.*, ib. 319.

Mr. A. E. Harmon, for the appellants.

Messrs. Coler & Smith and Mr. Van Dyke, for the appellee.

Mr. Justice Lawrence delivered the opinion of the Court :

The only difference between this case and that of the same appellant against Apperson, decided at the present term (49 Ill. 480), is, that in the case before us, the court allowed the plaintiff to prove what money he had been obliged to pay out for labor, which, had he not been injured, he would have done himself. The plaintiff testified he had paid out about three hundred dollars, but when the verdict was rendered his counsel entered a *remittitur* for three hundred dollars. This cured whatever error there was in admitting this evidence. As in the other case, the judgment must be affirmed.

*Judgment affirmed.*